*March 12, 1940.*

PIERCE, by Guardian *ad litem,* Respondent, vs. MARRION and others, Defendants: ZOGLMAN, and another, Appellants.

For the appellants: *Eberlein & Eberlein* of Shawano.
For the respondent: *Winter & Koehler* of Shawano.
*By the Court.*—Judgment affirmed.

WILL OF LYNN: HOLCOMBE, Claimant, Appellant, vs. PUTZIER and others, Respondents.

For the appellant: *Nelton & McGinnis* of Balsam Lake.
For the respondents: *Henry C. Oakey* of Osceola, attorney, and *Magee & Swanson* of Ellsworth of counsel.
*By the Court.*—Judgment affirmed.

NATIONAL HOUSEHOLD DISTRIBUTORS, INC., Appellant, vs. TREMEL, Respondent.

For the appellant: *Clarence E. Barto,* attorney, and *Genrich & Genrich* of counsel, all of Wausau.
For the respondent: *Walter A. Graunke* of Wausau.
*By the Court.*—Judgment affirmed.